# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ROSA DICKENS,

      **Plaintiff,**

v.                                                         Case No:   6:17-cv-1668-Orl-31KRS

OCWEN LOAN SERVICING, LLC,

      **Defendant.**

### ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Stipulation of Dismissal with Prejudice (Doc. 28), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs.  Any pending motions are **DENIED** as moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on June 7, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties